UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
YASEEN TRAYNOR a/k/a YASEEN
TRAYLOR, on behalf of himself and all
others similarly situated,

                                Plaintiffs,

        -against-

SHOE WEST, INC.,

                                Defendant.
-------------------------------------------------------x

No. 19-CV-6219-LTS-JLC

ORDER OF DISMISSAL

        The attorneys for the parties have advised the Court that this putative class action has been or will be settled.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice as to the named plaintiff, without prejudice as to unnamed class members, without costs to either party, and without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within sixty (60) days of the date of this Order.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this sixty (60)-day period expires.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

    SO ORDERED.

Dated: New York, New York
       August 26, 2019

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge